## AUSTIN E. WING *versus* EBENEZER HURD

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Time for filing declaration extended *p. 358; (2) bill of particulars required *p. 371; (3) referred *p. 451; (4) award filed *p. 458; (5) judgment *p. 466.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance; (4) bail piece; (5) declaration and bill of particulars; (6) plea of non assumpsit; (7) notice of set off; (8) agreement for reference; (9) deposition of Benjamin Delavan; (10) precipe for sub-poena; (11–12) subpoenas; (13) precipe for subpoena; (14) subpoena; (15) award of referees; (16) writ of fi. fa. and return; (17) statement of accounts—Wing to Hurd, Dr.

*1822–23 Calendar*, MS p. 33. Recorded in *Book B*, MS pp. 263–67.

## DAVID BURBANK *versus* JOSEPH CAMPAU, EXECUTOR, ETC., OF JOSEPH WEAVER, DECEASED

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Time for filing declaration extended *p. 358; (2) dismissed *p. 447.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of non assumpsit.

*1822–23 Calendar*, MS p. 34. Recorded in *Book B*, MS pp. 268–70.